JANE A. WEED AND FANNIE S. WEED, RESPONDENTS, *v.* CHARLES O. ROOT, AND OTHERS, APPELLANTS.

Appeal dismissed, with costs.

---

NORMAN DODGE, RESPONDENT, *v.* HERMAN BROWER AND OTHERS, APPELLANTS.

Motion denied, with $10 costs.

---

CHARLES O. TAPPAN AND GEORGE Z. ERWIN, RESPONDENTS, *v.* PARKER AMES, APPELLANT, IMPLEADED, ETC.

Judgment affirmed, with costs.

---

WHITBECK *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY.

Motion for permission to go to the Court of Appeals denied.